UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE YARBROUGH #878943,

    Plaintiff,

v.

UNKNOWN JONES, et al.,

    Defendants,

_____/

Hon. Phillip J. Green

Case No. 1:22-cv-00035-PJG

## ORDER

This is a civil rights action brought by a pro se plaintiff under 42 U.S.C. § 1983. On July 20, 2022, an early mediation conference took place involving plaintiff. As a result of that mediation conference the parties have agreed to settle the pending matter in its entirety. (ECF No. 9). Accordingly,

**IT IS ORDERED** that the case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Andre Yarbrough #878943, shall be waived, and the MDOC shall no longer collect plaintiff's remaining filing fees.

**IT IS SO ORDERD**.

Date: July 21, 2022

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge